# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**397**
**CAF 15-00371**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF ROBERT BLASZAK,
PETITIONER-RESPONDENT,

V                                                        ORDER

MELISSA BLASZAK, RESPONDENT-RESPONDENT.
----------------------------------------
DAVID H. FRECH, ESQ., ATTORNEY FOR THE
CHILDREN, APPELLANT.

---

DAVID H. FRECH, ATTORNEY FOR THE CHILDREN, BUFFALO, APPELLANT PRO SE.

ELIZABETH CIAMBRONE, BUFFALO, FOR PETITIONER-RESPONDENT.

REBECCA J. TALMUD, WILLIAMSVILLE, FOR RESPONDENT-RESPONDENT.

------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered November 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, set forth a schedule with respect to the parties' access to the subject children.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 11, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  April 29, 2016                        Frances E. Cafarell
                                                Clerk of the Court